IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cv531

| | |
|---|---|
| GREORY D. CAMP,<br>    Plaintiff,<br><br>vs.<br><br>YELLOW TRANSPORTATION, INC., et al.<br>    Defendants | **O R D E R** |

**THIS MATTER** is before the Court on the plaintiff's Motion to Voluntarily Dismiss Claims, pursuant to Fed. R. Civ. P. 41(a)(2). (Doc. No. 11). The time has passed for the defendant to object to the motion.

**IT IS, THEREFORE, ORDERED** that the plaintiff's motion is **GRANTED**, and this matter is **DISMISSED** without prejudice.

Signed: May 3, 2006

Robert J. Conrad, Jr.
United States District Judge